

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2019

No. 04-19-00195-CR

Wayne **BEDFORD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10884
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended till July 22, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court